```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 05575
   DAVID MOSES BALDWIN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-5321


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/16/2006 and was confirmed 08/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 10/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             1253.00          .00      1253.00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00          .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE          .00           .00          .00
WHEELS OF CHICAGO          SECURED                .00           .00          .00
ALLIED INTERSTATE          UNSEC W/INTER    NOT FILED           .00          .00
SBC                        UNSEC W/INTER       186.36         15.15       186.36
BLAIR CORPORATION          UNSEC W/INTER    NOT FILED           .00          .00
COMMONWEALTH EDISON        UNSEC W/INTER       803.37         65.25       803.37
ILLINOIS COLLECTION SERV   UNSEC W/INTER    NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER    12497.33       1024.67     12497.33
LEASECOMM CORP             UNSEC W/INTER    NOT FILED           .00          .00
LEASECOMM CORP             UNSEC W/INTER    NOT FILED           .00          .00
MALCOLM S GERALD & ASSOC   UNSEC W/INTER    NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER    NOT FILED           .00          .00
NCO MEDCLR                 UNSEC W/INTER    NOT FILED           .00          .00
PALISADES COLLECTION LLC   UNSEC W/INTER    NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER    NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      4971.33        403.94      4971.33
UNION CR NB                UNSEC W/INTER    NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY              .00            .00          .00
CITY OF CHICAGO PARKING    FILED LATE          844.19           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,468.50                    2,468.50
TOM VAUGHN                 TRUSTEE                                       1,713.73
DEBTOR REFUND              REFUND                                        2,435.42

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  27,838.05

PRIORITY                                          .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 05575 DAVID MOSES BALDWIN

```
SECURED                                                          1,253.00
UNSECURED                                                       18,458.39
    INTEREST                                                     1,509.01
ADMINISTRATIVE                                                   2,468.50
TRUSTEE COMPENSATION                                             1,713.73
DEBTOR REFUND                                                    2,435.42
                                       ---------------     ---------------
TOTALS                                      27,838.05           27,838.05
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
  Dated: 04/04/08                     _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```